# Earnings Statement

**ADP**

000449
CO FILE DEPT CLOCK VCHR NO.
... 380 ... 0000160118
20338
464-0002

INTERACTIONS CONSUMER EXPERIENCE
MARKETING INC.
9555 CHESAPEAKE DRIVE, STE #100
SAN DIEGO, CA 92123  1-800-573-8861

| | |
|---|---|
| Period Beginning: | 04/02/2018 |
| Period Ending: | 04/15/2018 |
| Pay Date: | 04/20/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

PRATTE, ANNETTE
112 AIRPORT ROAD UNIT 387
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 5.50 | 77.00 | 864.50 |
| Gross Pay | | | $77.00 | 864.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -4.77 | 53.60 |
| | Medicare Tax | -1.12 | 12.54 |
| | PA State Income Tax | -2.36 | 26.54 |
| | Valley Twp Income Tax | -0.77 | 8.65 |
| | PA SUI/SDI Tax | -0.05 | 0.52 |
| | Federal Income Tax | | 12.67 |
| **Other** | | | |
| | 401K | -4.62* | 51.87 |
| **Net Pay** | | **$63.31** | |
| | Checking | -63.31 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Thrswk | 5.50 | 61.75 |
| Ytd 401K Contb | | 51.87 |
| Ytd 401K Match | | 43.23 |
| 401K Contb Ppe | | 4.62 |
| 401K Match Ppe | | 3.85 |
| Sick Balance | | 0.00 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $72.38

©1998, 2006, ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

©2000 ADP, LLC

INTERACTIONS CONSUMER EXPERIENCE
MARKETING INC.
9555 CHESAPEAKE DRIVE, STE #100
SAN DIEGO, CA 92123  1-800-573-8861

Advice number: 00000160118
Pay date: 04/20/2018

Deposited to the account of
PRATTE, ANNETTE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2825 | xxxx xxxx | $63.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

INTERACTIONS CONSUMER EXPERIENCE
MARKETING INC.
9555 CHESAPEAKE DRIVE, STE #100
SAN DIEGO, CA 92123  1-800-573-8861

Period Beginning: 03/05/2018
Period Ending: 03/18/2018
Pay Date: 03/23/2018

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 PA: N/A

PRATTE, ANNETTE
112 AIRPORT ROAD UNIT 387
COATESVILLE PA 19320

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 5.00 | 70.00 | 570.50 |
| **Gross Pay** | | | **$70.00** | 570.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -4.34 | 35.37 |
| | Medicare Tax | -1.01 | 8.27 |
| | PA State Income Tax | -2.15 | 17.52 |
| | Valley Twp Income Tax | -0.70 | 5.71 |
| | PA SUI/SDI Tax | -0.04 | 0.34 |
| | Federal Income Tax | | 6.50 |
| | **Other** | | |
| | 401K | -4.20* | 34.23 |
| | **Net Pay** | **$57.56** | |
| | Checking | -57.56 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Thrswk | 5.00 | 40.75 |
| Ytd 401K Contb | | 34.23 |
| Ytd 401K Match | | 28.53 |
| 401K Contb Ppe | | 4.20 |
| 401K Match Ppe | | 3.50 |
| Sick Balance | | 0.00 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $65.80

©1998, 2006, ADP, LLC All Rights Reserved.

---

© 2006 ADP, LLC

**VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

INTERACTIONS CONSUMER EXPERIENCE
MARKETING INC.
9555 CHESAPEAKE DRIVE, STE #100
SAN DIEGO, CA 92123  1-800-573-8861

Advice number: 00000120126
Pay date: 03/23/2018

Deposited to the account of
PRATTE, ANNETTE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx2825 | xxxx xxxx | $57.56 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



# Pay

HIDE MY PAY

**Pay**

**Apr 6, 2018**

Take Home        Gross Pay
$172.24          $217.00

**Mar 23, 2018**

Take Home        Gross Pay
$57.56           $70.00

**Mar 9, 2018**

Take Home        Gross Pay
$57.55           $70.00

**Feb 23, 2018**

Take Home        Gross Pay
$174.80          $220.50

**Feb 9, 2018**

Take Home        Gross Pay
$57.54           $70.00

**Jan 26, 2018**

Take Home        Gross Pay
$115.11          $140.00

| | | |
|---|---|---|
| **Gross Pay** | | $70.00 |
| Regular | Rate | $14.00 |
| 5 hours | | $70.00 |
| ⟩ Taxes | | -$8.25 |
| () | | |
| ⟩ Retirement | | -$4.20 |