L.B.F. 3015-6A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Annette L. Pratte                              :        Chapter 13
                                                      :
              Debtor(s)                               :        Bky. No. 18-13246-mdc

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

Date: June 8, 2018          /s/ Joseph L. Quinn
                            _____
                            [name]
                            Attorney for Debtor(s)


Date:                       _____
                            [name]
                            Debtor


Date:                       _____
                            [name]
                            Debtor