18-0766

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Annette L.  Pratte

|                   | Chapter 13 Proceeding |
| Debtor(s)         | Case No.  18-13246-MDC |


## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

      Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.


POWERS KIRN & ASSOCIATES, LLC

By:  **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090