# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNETTE L PRATTE                                    Chapter 13

　　　　　　　　　　　Debtor                Bankruptcy No. 18-13246-MDC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this ____2nd____ day of _____August_____, 201 8, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Debtor:
ANNETTE L PRATTE

112 AIRPORT ROAD #387

COATESVILLE, PA 19320