United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-13246-mdc
Annette L Pratte                                                       Chapter 13
Annette L Pratte
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2        Date Rcvd: Aug 02, 2018
                            Form ID: pdf900        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
```
db            +Annette L Pratte,    170 Doe Run Road,    Coatesville, PA 19320-4292
db            +Annette L Pratte,    MAILING ADDRESS:,    112 Airport Road #387,    Coatesville, PA 19320-5800
14107552      +AR Resources,    PO Box 1056,    Blue Bell, PA 19422-0287
14107551       Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
14129006       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
14107553      +Aspen Forest Financial,    750 Fairmont Avenue, Suite 100,    Glendale, CA 91203-1073
14107556     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                Po Box 20507,    Kansas City, MO 64195)
14107554      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
14107555      +Cherie Pratte,    4812 Marymead Drive,    Fairfax, VA 22030-6255
14121935      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14107557       Emergency Phy Assoc of PA, PC,    PO Box 740021,    Cincinnati, OH 45274-0021
14107559      +HSBC,    95 Washington St,    Buffalo, NY 14203-3006
14107560      +HSBC Bank USA c/o PHH Mortgage Corp.,    2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
14107558      +Harrison Senior Living of Christiana,    41 Newport Avenue,    Christiana, PA 17509-1305
14107561       Jefferson University Physicians,    Central Business Office,    PO Box 40089,
                Philadelphia, PA 19106-0089
14107562      +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
14124712      +NATIONSTAR MORTGAGE LLC D/B/A,    MR. COOPER,    ATTN: BANKRUPTCY DEPT,    PO BOX 619096,
                DALLAS, TX 75261-9096
14107564       Thorndale Dental Associates,    3105 CG Zinn Road,    Thorndale, PA 19372-1131
14107566      +Wells Fargo Bank N.A.,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
                Portland, OR 97208-3908
14121250       Wells Fargo Bank, N.A.,    1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
14107567       Westwood Fire Co Ambulance,    Billing Office,    PO Box 726,    New Cumberland, PA 17070-0726
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 03 2018 01:59:56     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 03 2018 01:59:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 03 2018 01:59:50     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14107565      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 03 2018 01:59:32
                Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14107563       Specialized Loan Servicing
14129007*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
                                                                                 TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett            Page 2 of 2            Date Rcvd: Aug 02, 2018
                              Form ID: pdf900            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JOSEPH L QUINN    on behalf of Debtor Annette L Pratte CourtNotices@sjr-law.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Deutsche Bank National Trust Company Et Al..
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNETTE L PRATTE                                   Chapter 13

                    Debtor            Bankruptcy No. 18-13246-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___2nd___ day of ___August___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
ANNETTE L PRATTE

112 AIRPORT ROAD #387

COATESVILLE, PA 19320